**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HILDA T. KENNEDY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE NEW JERSEY COURT SYSTEM, *et al.*,<br><br>    Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-5797 (KMW-MSJ)<br><br>**MEMORANDUM OPINION AND ORDER** |

THIS MATTER comes before the Court by way of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 54) filed on October 22, 2024;

WHEREAS, Plaintiff also filed a letter on October 13, 2024, (ECF No. 53), indicating that she was seeking to file an IFP Application to appeal to the United States Court of Appeals for the Third Circuit, which she filed on September 28, 2024 (ECF No. 51) following this Court granting Defendants' Motion to Dismiss in its entirety and denying Plaintiff's Motion to Amend or Supplement (ECF Nos. 49, 50); and

WHEREAS, the Court of Appeals for the Third Circuit provides its own affidavit for permission to file an appeal *in forma pauperis*[1]; and

---

[1] The forms for *pro se* litigants can be found at https://www.ca3.uscourts.gov/forms-0. This includes the Court of Appeals for the Third Circuit's *In Forma Pauperis* Affidavit, as well as information and instructions for *pro se* litigants to navigate the appeals process.

WHEREAS, the Court of Appeals for the Third Circuit's Clerk's Office[2] is the entity responsible for advising *pro se* litigants as to whether a motion for *in forma pauperis* status is needed and how it is to be processed; *see* Information for Pro Se Litigants, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, https://www.ca3.uscourts.gov/forms-0; and

WHEREAS, it is this Court's understanding that Plaintiff is seeking to further her appeal, and that her attempt to file another IFP Application to District Court is in error, as she already has paid the District Court filing and administrative fee; (ECF No. 1);

IT IS HEREBY on this 18th day of November, 2024,

**ORDERED** that Plaintiff's Application to proceed *In Forma Pauperis* in District Court (ECF No. 54) be dismissed;

**ORDERED** that the Clerk of Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge

---

[2] More information about the Court of Appeals for the Third Circuit's Clerk's Office can be found at https://www.ca3.uscourts.gov/clerks-office. It is located at 601 Market Street in Philadelphia, and the main switchboard number is 215-597-2995.