UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2826
_____

HILDA T. KENNEDY,
                Appellant

v.

THE NEW JERSEY COURT SYSTEM
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:22-cv-05797)
District Judge: Honorable Karen M. Williams
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 17, 2025
Before: HARDIMAN, FREEMAN, and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on December 17, 2025. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 30, 2024, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 6, 2026